THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK P. KOSHAK, Appellant.

Submitted April 6, 1953; decided April 16, 1953.

*George B. De Luca, District Attorney (John B. Lee* of counsel), for motion.

No one opposed.

Motion granted.